

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joe Louis Tienda,                              * From the 428th District
                                                 Court of Hays County,
                                                 Trial Court No. 07-802.

Vs. No. 11-11-00283-CR                         * May 14, 2015

The State of Texas,                            * Opinion by Bailey, J.
                                                 Dissenting and Concurring Opinion
                                                 by Willson, J.
                                                 (Panel consists of: Wright, C.J.,
                                                 Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we reverse the judgments of conviction on Counts Two and Three and remand the cause to the trial court for a new trial on those two counts.